UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| DANIEL TODD,<br><br>Plaintiff,<br>vs.<br><br>ANTOON PROPERTIES I, LLC, and ANTOON HOSPITALITY GROUP, LLC<br><br>Defendant. | CASE NO.: 1:25-cv-00586<br><br>Judge: Hon. Jerry Edwards, Jr.<br><br>Magistrate: Hon. Joseph H.L. Perez-Montes |

**IT IS HEREBY STIPULATED AND AGREED**, pursuant to Fed. R. Civ. P. 41(a)(ii), by and between the undersigned attorneys of record, that the above-captioned proceeding be, and hereby is, dismissed in its entirety, with prejudice, against the Defendants without fees or costs to any party against any other.

Respectfully Submitted, this 8th day of September, 2025.

By:/s/ Andrew D. Bizer
**ANDREW D. BIZER**

**BIZER & DEREUS, LLC**
Andrew D. Bizer, Bar No. 30396
Garret S. DeReus, Bar No. 35105
Eva M. Kalikoff, Bar No. 39932
3319 St. Claude Avenue
New Orleans, Louisiana 70112
Telephone: (504) 619-9999
Facsimile: (504) 948-9996
Email: andrew@bizerlaw.com
gdereus@bizerlaw.com
eva@bizerlaw.com
*Counsel for Plaintiff Daniel Todd*

By:/s/ Hunter J. Schoen
**HUNTER J. SCHOEN**

**ADAMS AND REESE LLP**
HUNTER J. SCHOEN (LA #37862)
HUNTER.SCHOEN@ARLAW.COM
EVAN P. GAUDET (LA #40786)
EVAN.GAUDET@ARLAW.COM
450 LAUREL STREET, SUITE 1900
BATON ROUGE, LOUISIANA 70801
TELEPHONE: (225) 336-5200
FACSIMILE: (225) 336-5220
*Counsel for Defendants Antoon Hospitality Group, LLC, and Antoon Properties I, LLC*