**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **DANIEL TODD** | **CIVIL ACTION NO. 1:25-cv-00586** |
| **VERSUS** | **JUDGE JERRY EDWARDS, JR.** |
| **ANTOON PROPERTIES I LLC ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

## JUDGMENT OF DISMISSAL

Considering the foregoing Joint Stipulation of Dismissal (Doc. 11),

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above-entitled and numbered cause be and the same is hereby **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** in Chambers this 9th day of September, 2025.

Jerry Edwards, Jr.

**JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT JUDGE**